# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Robert Mau and Eagle Well Services, Inc., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Twin City Fire Insurance Co., | ) ) | Case No. 1:16-cv-325 |
| Defendant. | ) | |

The court held a status conference with the parties in the above-entitled action by telephone on June 8, 2017. Pursuant to its discussion with the parties, the court **ORDERS**: (1) all pretrial deadlines shall be suspended pending further order of the court; and (2) discovery shall be temporarily stayed pending the court's ruling on defendant's motion to stay discovery.

Dated this 8th day of June, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court