Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Robert Mau and Eagle Well Services, Inc.,

    Plaintiffs,

vs.

Twin City Fire Insurance Co.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  1:16-cv-325

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ] **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

[ ] **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

[ ] **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to the Order entered on October 3, 2017, Plaintiff Mau's partial summary judgment motion is DENIED and Defendant's cross-motion for summary judgment is GRANTED.

Date:  October 3, 2017

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Renee Hellwig, Deputy Clerk*